B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
Middle District of Tennessee

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| AirPlay Direct, LLC | |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):
20-3198941

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 231 Green Harbor Road, Suite 136<br>Old Hickory, TN 37138 | |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | |
|---|---|
| DAVIDSON COUNTY ZIP CODE 37138 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ✓ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| **Nature of Debts**<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>✓ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>✓ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | **Nature of Business**<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>✓ Other<br>music promotion |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ✓ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ✓ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ✓ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| x /s/ Clif Doyal<br>Signature of Petitioner or Representative (State title)<br>Clif Doyal  09/01/2011<br>Name of Petitioner  Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Clif Doyal<br>2338 Ridgeland Drive<br>Nashville, TN 37214 | x /s/ Robert J. Welhoelter  08/31/2011<br>Signature of Attorney  Date<br>Robert J. Welhoelter<br>Name of Attorney Firm (If any)<br>320 31st Avenue North, Ste A, Nashville, TN 37203<br>Address<br>(615) 760-5871<br>Telephone No. |
| x /s/ Scott Welch<br>Signature of Petitioner or Representative (State title)<br>Scott Welch  08/31/2011<br>Name of Petitioner  Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Scott Welch<br>1515 Harding Place<br>Nashville, TN 37215 | x /s/ Robert J. Welhoelter  08/31/2011<br>Signature of Attorney  Date<br>Robert J. Welhoelter<br>Name of Attorney Firm (If any)<br>320 31st Avenue North, Ste A, Nashville, TN 37203<br>Address<br>(615) 760-5873<br>Telephone No. |
| x /s/ Raleigh Squires<br>Signature of Petitioner or Representative (State title)<br>Raleigh Squires  09/02/2011<br>Name of Petitioner  Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Raleigh Squires<br>2001 Anderson Rd V114<br>Nashville, TN 37217 | x /s/ Robert J. Welhoelter  08/31/2011<br>Signature of Attorney  Date<br>Robert J. Welhoelter<br>Name of Attorney Firm (If any)<br>320 31st Avenue North, Ste A, Nashville, TN 37203<br>Address<br>(615) 760-5871<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Clif Doyal (see above address) | unpaid compensation | 73,093.00 |
| Scott Welch (see above address) | compensation & rent | 111,465.00 |
| Raleigh Squires (see above address) | unpaid comepensation | 24,250.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 236,529.38 |

___1___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2   **Name of Debtor** AirPlay Direct, LLC

**Case No.** _____

---

**TRANSFER OF CLAIM**
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Charles Sussman | x /s/ Robert J. Welhoelter    08/31/2011 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Sussman & Associates    09/01/2011 | Robert J. Welhoelter |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 320 31st Avenue North, Ste A, Nashville, TN 37203 |
| Name & Mailing Address of Individual Signing in Representative Capacity    Charles Sussman  1222 16th Ave. S, 3rd Fl.  Nashville, TN 37212 | Address |
| | (615) 760-5871 |
| | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Sussman & Associates (see above address) | unpaid invoices | 27,721.38 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims    236,529.38

_____ continuation sheets attached